# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

                     Plaintiff,

v.                                   Civil Action No. 2:13-cv-00782-AEG

CORMAC KEHOE,

                     Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF CORMAC KEHOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Cormac Kehoe ("Defendant") from this action underlined without prejudice. Cormac Kehoe was assigned the IP Address 72.131.116.122. After due search, careful inquiry and diligent attempts, Plaintiff has been unable to serve Defendant. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Cormac Kehoe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December _20___, 2013

                                  Respectfully submitted,

                                  By: ____/s/ *Mary K. Schulz*_____
                                  Mary K. Schulz
                                  Schulz Law, P.C.
                                  1144 E. State Street, Suite A260
                                  Geneva, IL 60134
                                  Phone: 224-535-9510
                                  Email: SchulzLaw@me.com
                                  *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December _20___, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____

Mary K. Schulz

Case 2:13-cv-00782-AEG   Filed 12/20/13   Page 2 of 2   Document 13